AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>RYAN WITTEN,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 13-5038-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____September 1, 2012_____ in the county of _____Monroe_____ in the
___Southern___ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | That the defendant, RYAN WITTEN, did knowingly possess any visual depiction using any means and facility of interstate and foreign commerce, that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and the possession of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2). |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Patricia Thompson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____06/27/2013____

_____
*Judge's signature*

City and state: ___Key West, FL___

United States Magistrate Judge Lurana S. Snow
*Printed name and title*

# AFFIDAVIT

Your affiant is Patricia Thompson, Special Agent (SA) with the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252.

2. I have been a SA with the FBI since November 1991. Currently, I am assigned to the investigation of cases involving crimes against children. These investigations have included the utilization of surveillance techniques, undercover activities, interviewing of subjects and witnesses, and the planning and execution of search, arrest, and seizure warrants.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offenses referred to herein. Because of my personal participation in this investigation, and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in numerous investigations involving pedophiles, preferential child molesters, and persons who collect and distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through the FBI. I have observed and reviewed hundreds of examples of child pornography. I also have assisted in numerous child pornography and child exploitation investigations, which have involved reviewing all forms of media, including

1

computer media. I have also discussed and reviewed these materials with other law enforcement officers.

4. This affidavit is submitted in support of a criminal complaint charging Ryan Witten ("WITTEN") with possessing child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint against WITTEN, I have not included each and every fact known to me or to other law enforcement officers concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause to believe WITTEN did knowingly possess child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## BACKGROUND OF THE INVESTIGATION

6. Between August 22, 2012 and August 31, 2012, the Key West Police Department ("KWPD") received several citizen complaints regarding a prowler and peeping Tom in the Old Town section of the City of Key West, Florida. Several uniformed officers were assigned to foot patrol in the immediate area in effort to resolve the issue. On August 31, 2012, officers observed WITTEN acting suspicious in the Old Town section of Key West. Officers attempted to stop WITTEN when he fled on foot and discarded a backpack that he had been carrying. WITTEN was ultimately caught by law enforcement and arrested for Loitering and Prowling, in violation of Florida Statutes. A search of WITTEN's backpack revealed a digital camera. WITTEN waived his Miranda rights and admitted that he had taken pictures and videos of people inside

2

their homes without their consent, and that those images would likely be found on his digital camera. WITTEN was transported to the local jail where he posted bond on these charges.

7. KWPD continued their investigation and obtained a State of Florida search warrant authorizing them to download and view the contents of the digital camera found in WITTEN's backpack. On the camera, law enforcement found evidence that WITTEN was, in fact, taking compromising photographs and videos of people inside their homes. A State of Florida arrest warrant was issued for WITTEN on charges of Video Voyeurism in violation of Florida Statutes § 810.145(2)(a).

8. On September 1, 2012, WITTEN was arrested when officers observed him leaving his residence in his grey BMW. KWPD searched WITTEN's vehicle and discovered a locked sea bag. WITTEN was again read his Miranda rights and voluntarily agreed to waive those rights. WITTEN then provided consent to search the contents of the sea bag that was recovered from the trunk of his vehicle and voluntarily gave the key to the sea bag's lock to law enforcement. The sea bag contained the following: an Apple MacBook laptop computer, Model A1432, Serial # WQ0197SG; a 1 terabyte Seagate Free Agent Goflex external hard drive, Serial # NA05QJHV; a Black and Decker tool box with a Brink's padlock containing numerous compact discs (CD's) and video cassettes; a black nylon Nike gym bag containing thirty-five (35) mini digital video discs (DVD's), five (5) mini data cartridges, a video home system (VHS) cassette, eighty-eight (88) CD's; a gym bag marked "United States Coast Guard Ryan Witten" containing twenty-one (21) VHS tapes, a CD in a box marked "Bob Marley," six (6) CD's in an unmarked case, and a mini VHS tape.

3

9. On one compact disc recovered from inside the Nike gym bag law enforcement recovered approximately thirty (30) images of minor children who were naked, in sexually explicit poses, and performing sex acts. Several of the images were of prepubescent minors who were clearly under the age of twelve (12) years old.

10. Your affiant responded to the KWPD on September 3, 2012, and took custody of WITTEN's sea bag and all items of evidence. The evidence was relocated to the FBI Miami Division Evidence Control Center located at 16320 Northwest 2d Avenue, North Miami Beach, Florida 33169.

11. A search warrant authorizing the search of items recovered from WITTEN's sea bag was signed on September 26, 2012, by United States Magistrate Judge Peter Palermo.

12. The contents of WITTEN's sea bag were further searched and numerous visual images of child pornography were discovered. For example, law enforcement recovered images of child pornography located on CD's discovered inside of WITTEN's Black and Decker toolbox. An example of some of the images is described as follows:

a.) **File name: 1-73.jpg.** This image depicts the buttox of a prepubescent child lying on their side with the finger of an adult male inserted into the child's anus.

b.) **File name: JKJ_001F.JPG.** This image depicts a naked pubescent child with an erect penis, inserting a finger into the vagina of a prepubescent naked female.

c.) **File name: LAN_0059.JPG.** This image depicts a naked prepubescent female child licking the nipples and touching the exposed genitals of another naked prepubescent female child.

4

d.) **File name: YFY_006B.JPG.** This image depicts a naked prepubescent female lying on her back with one leg up fully exposing her vagina.

## CONCLUSION

13. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that on or about September 1, 2012, RYAN WITTEN did knowingly possess child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

Patricia Thompson
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 27 day of June 2013,

HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _____13-5038-SNOW_____

UNITED STATES OF AMERICA

vs.

RYAN WHITEN,

    Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

BY: _____
      Jodi Anton
      Florida Bar No.184098
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      TEL (305) 961-9368
      FAX (305)536-4699
      Jodi.Anton@usdoj.gov