UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-10022-Cr-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WITTEN,

    Defendant.
_____/

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The Federal Public Defender respectfully moves for Leave to Withdraw as Counsel for Defendant in the above styled cause, and says:

1. Defendant is charged in a single count indictment with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

2. This matter was scheduled for a change of plea hearing on December 9, 2013. During this hearing Defendant expressed that he was not satisfied with counsel and the change of plea hearing was discontinued at that time.

3. Counsel had the opportunity to speak at length to Defendant following the discontinued change of plea hearing. It appears that there are irreconcilable differences between Defendant and counsel as to the proper management of Defendant's case and Defendant has requested alternate counsel to represent him. Defendant is prepared to enter a waiver of speedy trial to allow for additional time before this matter proceeds with alternate

counsel if this matter is continued.[1]

4.       Accordingly the Federal Public Defender respectfully moves to withdraw from representation of Defendant for the reasons cited herein.

6.       Brooke Watson, the Assistant United States Attorney who is handling this matter for the government, was unavailable to offer her support or opposition to Defendant's motion.

                            MICHAEL CARUSO
                            FEDERAL PUBLIC DEFENDER

By:    S/ STEWART G. ABRAMS
         Assistant Federal Public Defender
         Florida Bar No.: 0371076
         150 W. Flagler Street, Suite 1500
         Miami, Florida 33130-1556
         (305) 536-6900, Ext. 4256
         (305) 530-7120, Fax
         E-mail:stewart_abrams@FD.org

---

[1] Defendant has also indicated that he will enter a waiver of speedy trial to allow for additional time before this matter proceeds to trial if the instant motion is denied.

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Stewart G. Abrams*