UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Key West Division

CASE NO. 13-CR-10022-MARTINEZ-GOODMAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RYAN WITTEN

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTION TO SUPPRESS

THIS CAUSE came before the Court upon Defendant Ryan Witten's ("Defendant['s]") Motion to Suppress (D.E. No. 73), which was filed on June 9, 2014. Arguing that his August 31, 2012 arrest for the offense of loitering and prowling was unlawful, Defendant seeks to suppress all evidence obtained as a result of his arrest, including two cameras, photographs, a laptop computer, documents, a tool box, and electronic media, as well as statements he made following his arrest. The matter was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on June 11, 2014. (D.E. No. 75). Judge Goodman filed his Report and Recommendations on Motion to Suppress (D.E. No. 93), recommending that this Court deny Defendant's motion. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present (D.E. No. 94). After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Goodman's Report and Recommendations on Motion to Suppress (D.E. No. 93) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendant's Motion to Suppress (D.E. No. 73) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ⎯7⎯ day of July, 2014.

    _____
    JOSE E. MARTINEZ
    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record